■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL GILLETTE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Sullivan, J.),

rendered June 14, 1983, convicting him of robbery in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence as a second felony offender.

Judgment affirmed.

We find no error in the court's *Sandoval* or suppression rulings (*see, People v Sandoval,* 34 NY2d 371; *People v Pavao,* 59 NY2d 282; *United States v Reid,* 517 F2d 953, 965-966, n 15). We have reviewed defendant's other contentions and find them to be without merit. Lazer, J. P., Thompson, O'Connor and Niehoff, JJ., concur.